### G. N. Gentry v. August Schneider.

No. 6649.

**Presumption in Absence of Statement of Facts.**—In the absence of a statement of facts in support of the judgment below it is presumed that every fact has been proved which under the averments in the petition could legally have been proved.

Error from Hamilton. Tried below before Hon. T. L. Nugent.

The opinion states the case.

*G. H. Goodson*, for plaintiff in error.—Defendant below having withdrawn his answer, the case was as if no answer had been filed; and plaintiff below having declared on a liquidated demand, neither by a judgment by default or of *nil dicit* could the court render a judgment without the production of the instrument. Rev. Stats., art. 1284; Bond v. Mallow, 17 Texas, 636; Storey v. Nichols, 22 Texas, 87; Gilder v. McIntyre, 29 Texas,

·91; Goodlet v. Stamps, 29 Texas, 123; Trabue v. Stonum, 20 Texas, 453; Holland v. Cook, 10 Texas, 244, 245.

*C. K. Bell*, for defendant in error.—In the absence of a statement of facts it is presumed in support of a judgment that every fact hás been proved which could have been legally proved under the averments of the petition.    Callison v. Autrey, 4 Texas, 371; Cartwright v. Roff, 1 Texas, 78; Gilder v. McIntyre, 29 Texas, 89; Wheeler v. Pope, 5 Texas, 262.

Henry, Associate Justice.—This suit was brought by defendant in error to recover the amount of two promissory notes and to foreclose a vendor's lien.    The defendant answered, but subsequently withdrew his pleadings; whereupon judgment was rendered in favor of plaintiff for the amount of the notes and foreclosing the lien.

The record contains no statement of facts.    It is complained that the court erred in rendering judgment in favor of plaintiff below as upon a liquidated and proven instrument when no such instrument was filed with the papers of the case or produced in evidence.    There being no statement of facts or bill of exceptions showing the contrary, we are bound to presume that all proof necessary to sustain the judgment was produced. Bond v. Mallow, 17 Texas, 636.

We find no error in the proceedings, and the judgment is affirmed.

*Affirmed.*

Delivered April 11, 1890.